## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| **Dawn Burns,** | ) | Case No. 18-24587 |
| | ) | |
| Debtor(s). | ) | Judge Baer |

## NOTICE OF MOTION

TO:  Office of Glenn Stearns, Chapter 13 Trustee
      See attached Service List

YOU ARE HEREBY NOTIFIED that on August 21, 2020 at 9:30 a.m. or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Baer, or any Judge sitting in her stead and present Motion to Vacate Payroll Control Order, a copy of which is hereby attached.

This motion will be presented and heard telephonically. No personal appearance in court is necessary or permitted. To appear and be heard telephonically on the motion, you must set up and use an account with Court Solutions, LLC. You can set up an account at www.CourtSolutions.com or by calling Court Solutions at (917) 746-7476.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

/s/ David H. Cutler

## CERTIFICATE OF SERVICE

The undersigned, an attorney, certifies that he caused the above and foregoing Notice and attached Objection to be served on the Trustee via Electronic Court Notice and on the creditors on the attached Service List via regular U.S. Mail with postage prepaid from the mailbox located at 4131 Main St. Skokie, IL 60076, on August 12, 2020.

/s/ David H. Cutler

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0752-1<br>Case 18-25930<br>Northern District of Illinois<br>Eastern Division<br>Wed Aug 12 16:01:13 CDT 2020 | PRA Receivables Management LLC<br>POB 41067<br>Norfolk, VA 23541-1067 | U.S. Bankruptcy Court<br>Eastern Division<br>219 S Dearborn<br>7th Floor<br>Chicago, IL 60604-1702 |
| Ad Astra Recovery<br>7330 West 33rd Street North<br>Suite 118<br>Wichita, KS 67205-9370 | Antero Capital, LLC<br>PO BOX 1931<br>Burlingame, CA 94011-1931 | (p)CREDITORS' DISCOUNT & AUDIT CO    CDA<br>ATTN KEN ARMSTRONG<br>415 E MAIN ST<br>PO BOX 213<br>STREATOR IL 61364-0213 |
| CNAC Auto Finance<br>750 Dundee Ave<br>East Dundee, IL 60118-3010 | (p)CNAC<br>ATTN ASHLEY ALIOTO<br>800 E NORTH AVE<br>GLENDALE HEIGHTS IL 60139-3503 | Credit One Bank<br>Attn: Bankruptcy<br>POB 98873<br>Las Vegas, NV 89193-8873 |
| Fifth Third Bank<br>5001 Kingsley Drive<br>1MOBBW<br>Cincinnati, OH 45227-1114 | Fifth Third Bank<br>Bankruptcy Department<br>Maildrop RSCB3E/1830 E<br>Paris Ave SE<br>Grand Rapids, MI 49546 | Fifth Third Mortgage Company<br>5001 Kingsley Drive<br>1MOBBW<br>Cincinnati, Ohio 45227-1114 |
| Fifth Third Mortgage Company<br>c/o Manley Deas Kochalski LLC<br>P.O. Box 165028<br>Columbus, OH 43216-5028 | Fox Ridge Condominiums of South Elgin<br>c/o Kovitz Shifrin Nesbit<br>175 N. Archer Avenue<br>Mundelein, Illinois 60060-2301 | Fox Ridge Homeowner's<br>cp Lpvotz Sjofrom Mesbot<br>175 N. Archer Ave<br>Mundelein, IL 60060-2301 |
| Fox Ridge Homeowner's Association<br>c/o Kovitz Shifrin Nesbit<br>175 N. Archer Ave<br>Mundelein, IL 60060-2301 | I C System Inc<br>Attn: Bankruptcy<br>POB 64378<br>St. Paul, MN 55164-0378 | Independent Savings Plan<br>Company (ISPC)<br>1115 Gunn Highway<br>Suite 100<br>Odessa, FL 33556-5328 |
| MIDLAND FUNDING LLC<br>PO BOX 2011<br>WARREN MI 48090-2011 | ONEMAIN<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | OneMain Financial<br>Attn: Bankruptcy<br>601 Nw 2nd Street<br>Evansville, IN 47708-1013 |
| (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 | Presence Health<br>by American InfoSource as agent<br>4515 N Santa Fe Ave<br>Oklahoma City, OK 73118-7901 | SpeedyRapid Cash<br>PO Box 780408<br>Wichita, KS 67278-0408 |
| David H Cutler<br>Cutler & Associates, Ltd.<br>4131 Main St.<br>Skokie, IL 60076-2780 | Dawn L Burns<br>565 Dean Drive<br>Unit E<br>South Elgin, IL 60177-2600 | Glenn B Stearns<br>801 Warrenville Road Suite 650<br>Lisle, IL 60532-4350 |
| Patrick S Layng<br>Office of the U.S. Trustee, Region 11<br>219 S Dearborn St<br>Room 873<br>Chicago, IL 60604-2027 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| CDA/Pontiac<br>Attn: Bankruptcy<br>POB 213 415 E Main Street<br>Streator, IL 61364 | CNAC Dundee Inc<br>750 Dundee Ave<br>East Dundee, IL 60118 | Portfolio Recovery Associates, LLC<br>PO Box 41067<br>Norfolk, VA 23541 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Fifth Third Bank | (u)Fifth Third Mortgage Company | (u)Fox Ridge Condominiums of South Elgin |
| (u)Allen Burns | End of Label Matrix<br>Mailable recipients    27<br>Bypassed recipients     4<br>Total                  31 | |

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 13 |
| | ) | |
| Dawn Burns, | ) | Case No. 18-24587 |
| | ) | |
| Debtor(s). | ) | Judge Baer |

### MOTION TO VACATE PAYROLL CONTROL ORDER

NOW COMES the Debtor, Dawn Burns, by and through her attorneys, Cutler and Associates, Ltd., and in support of her Motion to Vacate Payroll Control Order, states and alleges as follows:

1. The Debtor filed her petition for relief under Chapter 13 of the Bankruptcy Code on September 14, 2018.

2. The Debtor voluntarily submitted an order for her payments to the Trustee be deducted from her paycheck on December 17, 2018.

3. The Debtor's Chapter 13 Plan was confirmed on March 15, 2019. The plan called for the Debtor to make 60 payments of $510 until her unsecured creditors received 10% of their claims.

4. The Debtor is current with her payments to the Trustee.

5. Stay relief was granted pursuant to the mortgage company's motion on September 18, 2019.

6. The Debtor income has decreased due to the COVID-19 pandemic and needs the flexibility to make her payments directly to the Trustee in order to make payments to her mortgage company and other monthly bills.

7. The Debtor therefore requests that the payroll control order entered on December 17, 2018 be vacated.

WHEREFORE, the Debtor, Dawn Burns, prays for the following relief:

A. That this Court enter an order vacating the payroll control order entered on December 17, 2018; and

B. For such other and further relief as this Court deems equitable and just.

Respectfully Submitted,

Dated:  August 12, 2020

By: _____ /s/ David H. Cutler
One of the attorneys for the Debtor(s)

Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
Phone: (847) 673-8600